NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AG 18, LLC,**
*Appellant*

**v.**

**DK CROWN HOLDINGS INC., FKA DRAFTKINGS INC.,**
*Appellee*

---

2024-1821

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01447.

---

**JUDGMENT**

---

PATRICK JOHN MCKEEVER, Perkins Coie LLP, San Diego, CA, argued for appellant. Also represented by ANDREW DUFRESNE, Madison, WI; JONATHAN IRVIN TIETZ, Washington, DC.

ELIOT DAMON WILLIAMS, Baker Botts LLP, Washington, DC, argued for appellee. Also represented by JAMIE ROY LYNN, THOMAS CHISMAN MARTIN, ANDREW DAVID

WILSON; GEORGE HOPKINS GUY, III, Palo Alto, CA; CLARKE STAVINOHA, Dallas, TX.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (CHEN, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 15, 2026
Date

Jarrett B. Perlow
Clerk of Court